**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In Re: MARK F & NNIKA E WHITE                    Case No. 14-36232-KRH

# **OBJECTION TO CONFIRMATION AND NOTICE OF HEARING**

    COMES NOW the Chapter 13 Trustee, Suzanne E. Wade and moves this Court to deny confirmation of the plan dated December 11, 2014 as your Trustee would suggest the plan is not filed in good faith.  At the first meeting of creditors held before your Trustee on December 18, 2014, your Trustee requested the last three years of personal and business tax returns which have not yet been received.

    The office of the United States Trustee has failed to receive documentation that they have requested from the debtors as well. For the above reasons your Trustee would again suggest that this plan should be denied confirmation.

.

  .   **NOTICE IS HEREBY GIVEN, PURSUANT TO LOCAL RULE 3015-2(E)(2) THAT A HEARING ON THIS MOTION WILL BE HELD AT U. S. BANKRUPTCY COURT, 701 EAST BROAD STREET, ROOM 5000 RICHMOND, VIRGINIA 23219, ON JANUARY 21, 2015 AT 9:10 A.M.**

                                              /s/ Suzanne E. Wade
                                              Suzanne E. Wade, Trustee

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing OBJECTION AND NOTICE OF HEARING was served by first-class mail, postage prepaid, this 14th day of January, 2015 upon debtor, Mark F & Nnika E White 4600 Jennway Loop Moseley, VA  23120 and debtor's attorney, Nisha M. Patel, Esquire is being served by electronic notification at npatel@whitelawva.com.

    /s/ Suzanne E. Wade
    Suzanne E. Wade, Trustee

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re:  **MARK F & NNIKA E WHITE** | ) |
| | )Case No. 14-36232-KRH |
| | )     Chapter 13 |
| **Debtor** | |

### NOTICE OF OBJECTION

Suzanne E. Wade, Chapter 13 Trustee, has filed papers with the court to deny confirmation of the plan dated December 11, 2014.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before seven (7) days before the date of the hearing, you or your attorney must:

　x　　　File with the court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H).  If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

　　　　Clerk of Court
　　　　U. S. Bankruptcy Court
　　　　United States Courthouse
　　　　701 East Broad Street, STE 4000
　　　　Richmond, VA  23219

You must also mail a copy to:

　　　　Suzanne WE. Wade, Chapter 13 Trustee
　　　　P.O. Box 1780
　　　　Richmond, VA  23218-1780

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the objection and may enter an order granting that relief.

Date: January 14, 2015　　　　　/s/ Suzanne E. Wade
　　　　　　　　　　　　　　　Suzanne E. Wade, Chapter 13 Trustee
　　　　　　　　　　　　　　　P.O. Box 1780
　　　　　　　　　　　　　　　Richmond, Virginia  23218-1780
　　　　　　　　　　　　　　　(804) 775-0979   VSBN  31868

Certificate of Service

I hereby certify that I have this 14th day of January, 2015, mailed by first-class mail, postage prepaid or hand-delivered a true copy of the foregoing Notice of Objection to debtors, Mark F & Nnika E White 4600 Jennway Loop Moseley, VA 23120 and debtor's attorney, Nisha M. Patel, Esquire is being served by electronic notification at npatel@whitelawva.com

/s/ Suzanne E. Wade
Suzanne E. Wade, Trustee