**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

In re:  **MARK F. WHITE,**                            Case No. 14-36232-KRH
        **NNIKA E. WHITE,**                            Chapter 13
              **Debtors.**                             Trustee: Wade

<u>**NOTICE OF APPEAL**</u>

Mark F. White and Nnika E. White, the Debtors herein, appeal, under 28 U.S.C. 158(a) from the Order of the Bankruptcy Court Judge, entered on the 5th day of November, 2015, converting this case from a Chapter 13 to a Chapter 7.

The names of all Parties within the order appealed from and their names and addresses are:

Suzanne Wade                          Shannon Franklin Pecoraro
Chapter 13 Trustee                    Robert B. Van Arsdale
P.O. Box 1780                         Office of the US Trustee
Richmond, VA 23219-1780               701 East Broad St., Ste. 4304
Telephone: (804) 775-0979             Richmond, VA 23219
                                      Telephone (804) 771-2310


                                      Respectfully submitted,

                                      Mark F. White and Nnika E. White

                                      /s/ Nnika E. White
                                      Nnika E. White, Esq. (VSB #47012)
                                      Law Office of White & Associates
                                      9101 Midlothian Turnpike, Suite 800
                                      Richmond, Virginia 23235
                                      (804) 377-9431